1  Kendall L. Manock    # 025932
   Charles K. Manock    # 161633
2  Christopher D. Bell    # 247082
   **BAKER MANOCK & JENSEN, PC**
3  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704
4  Telephone:  559.432.5400
   Facsimile:  559.432.5620
5
   Charles M. English
6  Wendy M. Yoviene
   **OBER KALER**
7  1401 H Street, NW, Suite 500
   Washington, DC 20005
8  202-408-8400 Tel
   202-408-0640 Fax
9
10 Attorneys for Defendant, DAIRY AMERICA, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14

15 RONALD HAYEK, individually and on          )  Case No.:  09-cv-00556-AWI-DLB
   behalf of themselves and all other similarly )
16 situated,                                    )
                                                )  **STIPULATION OF COUNSEL**
17                            Plaintiffs,        )  **EXTENDING THE TIME FOR**
                                                )  **RESPONSE TO COMPLAINT BY**
18              v.                               )  **DEFENDANT DAIRY AMERICA, INC.**
                                                )
19 DAIRY AMERICA, INC., and CALIFORNIA )
   DAIRIES, INC.,                               )
20                                              )
                             Defendants.        )
21                                              )
                                                )
22 _____ )

23        Pursuant to Rule 6-144(a) of the General Local Rules of the above Court,

24 Plaintiff RONALD HAYEK, individually and on behalf of themselves and all others similarly

25 situated, and Defendant DAIRY AMERICA, INC. ("Defendant"), by and through their

26 respective attorneys of record, hereby stipulate that Defendant shall have until June 2, 2009, to

27 respond to the Class Action Complaint herein.  There have been no prior extensions of time

28 granted to Defendant to respond to the Class Action Complaint in this case.

                                              1

The parties who have signed below to indicate their agreement are the only parties who have appeared to date in this action or are affected by this stipulation to extend time.

DATED: April 22, 2009.

HAGENS BERMAN SOBOL SHAPIRO LLP


By _____/s/ Elizabeth A. Fegan_____
 (as authorized and signed on 4/22/09)
Elizabeth A. Fegan

HAGENS BERMAN SOBOL SHAPIRO LLP
Jeff D. Friedman
Shana E. Scarlett

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman

Attorneys for Plaintiff, RONALD HAYEK, individually and on behalf of themselves and all others similarly situated.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

DATED:  April  22, 2009.

Respectfully Submitted,

BAKER MANOCK & JENSEN, PC

By     /s/ Kendall L. Manock
Kendall L. Manock
Charles K. Manock
Christopher D. Bell

OBER KALER
Charles M. English
Wendy M. Yoviene

Attorneys for Defendant, DAIRY
AMERICA, INC.

**IT IS SO ORDERED.**

DATED: 22 April 2009.          ___/s/ *Dennis L. Beck*_____
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION OF COUNSEL EXTENDING THE TIME FOR RESPONSE TO COMPLAINT BY DEFENDANT DAIRY AMERICA, INC.